# UNITED STATES DISTRICT COURT
for the
UNITED STATES DISTRICT COURT

**CHAD BARNES, individually and on behalf of all others similarly situated,**

*Plaintiff*

v.

**LIVE STREAM TECHNOLOGY SERVICES INC.**

*Defendant*

Civil Action No. 6:25-cv-01469-MC

## AFFIDAVIT OF SERVICE

I, Lysne Cook, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to LIVE STREAM TECHNOLOGY SERVICES INC. in Duval County, FL on August 21, 2025 at 3:10 pm at 476 RIVERSIDE AVE., JACKSONVILLE, FL 32202 by leaving the following documents with Patricia Orange who as Receptionist at United States Corporation Agents, Inc. is authorized by appointment or by law to receive service of process for LIVE STREAM TECHNOLOGY SERVICES INC..

Summons In A Civil Action

Additional Description:
Papers were served at 3:10 PM

Black or African American Female, est. age 35-44, glasses: N, Brown hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=30.3209091,-81.6748455333
Photograph: See Exhibit 1


Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Duval County__, __FL__ on __8/22/2025__.

/s/ *Lysne Cook*

Signature
Lysne Cook
+1 (904) 502-3960



Exhibit 1a)