AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| CHAD BARNES | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 6:25-cv-1469 |
| LIVE STREAM TECHNOLOGY SERVICES INC. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LIVE STREAM TECHNOLOGY SERVICES INC., Defendant.

Date: 09/10/2025

*Attorney's signature*

Aaron J. Bell, OSB 871649
*Printed name and bar number*

5300 Meadows Road, Suite 200
Lake Oswego, OR 97035

*Address*

ajb@buckley-law.com
*E-mail address*

(503) 620-8900
*Telephone number*

(971) 441-6060
*FAX number*