Aaron J. Bell, OSB No. 871649
Buckley Law P.C.
5300 Meadows Road, Suite 200
Lake Oswego, Oregon 97035
Phone: 503-620-8900
Email: ajb@buckley-law.com
Attorney For Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHAD BARNES, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIVE STREAM TECHNOLOGY SERVICES INC.<br><br>　　　　Defendant. | Case No. 6:25-cv-1469<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

## MOTION

Pursuant to Fed R. Civ. P. 6(b), Defendant moves to extend the deadline to respond to Plaintiff's Complaint to October 13, 2025.

## BACKGROUND

Local counsel for Defendant was retained this week. Under Fed. R. Civ. P. 81(c)(2)(C), Defendant's response is currently due on September 11, 2025. Under Fed R. Civ. P. 6(b), Defendant submits that there is good cause for a 30-day extension of that deadline to October 13, 2025, which will allow Defendant's primary counsel on the east coast, and local counsel, adequate time to review this matter and prepare Defendant's responsive pleading.

/////

/////

On September 10, 2025, counsel for Plaintiff and Defendant, respectively, exchanged email messages regarding this extension and both parties agreed to extend the time for Defendant to respond to the Complaint by 30-days. October 13, 2025, is the first business day following that 30-day period.

This motion is made in good faith and not for any improper purpose.

## CONCLUSION

For the reasons above, this Unopposed Motion for Extension of Time to Respond to Complaint should be granted.

Dated this 10th day of September, 2025.

                              BUCKLEY LAW, P.C.

By:   /s/ Aaron J. Bell
       Aaron J. Bell, OSB No. 871649
       5300 Meadows Road, Suite 200
       Lake Oswego, Oregon 97035
       Phone: 503-620-8900
       Email: ajb@buckley-law.com
               Attorney For Defendant

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** on:

Andrew Roman Perrong
2657 Mount Carmel Avenue
Glenside, PA 19038
a@perronglaw.com

☐  by **MAILING** a full, true and correct copy thereof in a sealed, postage-paid envelope, addressed as shown above, and deposited with the U.S. Postal Service at Lake Oswego, Oregon, on the date set forth below;

☒  by sending a full, true and correct copy thereof to the part via **ELECTRONIC MAIL**, to the email address set forth above on the date set forth below.

☒  by **ELECTRONIC MAILING** through the electronic court filing system on the date set forth below.

☐  by **FAXING** a full, true and correct copy thereof to the attorney at the fax number set forth above on the date set forth below.

DATED this 10th day of September, 2025.

BUCKLEY LAW, P.C.

By:  */s/ Aaron J. Bell*
Aaron J. Bell, OSB No. 871649
5300 Meadows Road, Suite 200
Lake Oswego, Oregon 97035
Phone: 503-620-8900
Email: ajb@buckley-law.com

1 – CERTIFICATE OF SERVICE