Oscar Campos, Fl Bar No: 1015251
*Admitted Pro Hac Vice*
ocampos@epgdlaw.com
EPGD ATTORNEYS AT LAW P.A.
777 Southwest 37th Avenue, Suite 510
Miami, FL 33135
Phone: (786) 837-6787

Attorney for Defendant
Live Stream Technology Services Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHAD BARNES, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>LIVE STREAM TECHNOLOGY SERVICES INC.<br><br>       Defendant. | Case No. 6:25-cv-1469<br><br>**DEFENDANT'S CERTIFICATE OF AFFILIATED ENTITIES** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant LIVE STREAM TECHNOLOGY SERVICES INC. hereby certifies that, to the best of my knowledge and belief, the following information is true and correct:

1. There is no parent corporation of LIVE STREAM TECHNOLOGY SERVICES INC.

2. There is no publicly held corporation that owns 10% or more of the stock of LIVE STREAM TECHNOLOGY SERVICES INC.

3. Therefore, LIVE STREAM TECHNOLOGY SERVICES INC. has no affiliated entities to disclose under the requirements of Fed. R. Civ. P. 7.1.

Dated this 14th day of October, 2025.

        EPGD ATTORNEYS AT LAW P.A.
        By:    */s/* Oscar Campos
        Oscar Campos, Fl Bar No: 1015251
        **Admitted Pro Hac Vice*
        777 Southwest 37th Avenue, Suite 510
        Miami, FL 33135
        Phone: (786) 837-6787
        Email: ocampos@epgdlaw.com
        Attorneys For Defendant Live Stream Technology