Oscar Campos, Fl Bar No: 1015251
*_Admitted Pro Hac Vice_
ocampos@epgdlaw.com
EPGD ATTORNEYS AT LAW P.A.
777 Southwest 37th Avenue, Suite 510
Miami, FL 33135
Phone: (786) 837-6787

Aaron J. Bell, OSB No. 871649
ajb@buckley-law.com
BUCKLEY LAW, P.C.
Phone: (503) 682-8900

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHAD BARNES, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LIVE STREAM TECHNOLOGY SERVICES INC.<br><br>    Defendant. | Case No. 6:25-cv-1469<br><br>**DEFENDANT'S MOTION FOR EXTENSION OF TIME** |

COMES NOW, Defendant, LIVE STREAM TECHNOLOGY SERVICES, INC. ("Live Stream" or "Defendant"), by and through undersigned and respectfully moves this Honorable Court for an extension of time to respond to the Plaintiff, CHAD BARNES ("Plaintiff") initial discovery requests:

1. The Plaintiff served First Set of Discovery requests on October 22, 2025 and responses are due on or by November 21, 2025

Page 1 – DEFENDANT'S MOTION FOR EXTENSION OF TIME

2. Defendant needs additional time to respond to Plaintiff's discovery requests.

3. Defendant respectfully requests that this Court grants an extension of twenty (20) days to respond to Plaintiff's First Set of Discovery requests in order to have the appropriate time to prepare an appropriate response and produce responsive documents.

4. The requested extension is not intended to cause undue delay.

5. Granting this motion will not prejudice Plaintiff and will allow Defendant to produce and prepare appropriate responses.

6. The parties met and conferred, and plaintiff has agreed to the extension for discovery to be due on or by December 11, 2025.

**WHEREFORE**, Defendant respectfully requests that this Honorable Court grant this Motion and enter an Order extending the deadline for twenty (20) days; up to and including December 11, 2025, for Defendant to respond to Plaintiff's First Set of Discovery requests, and for such other and further relief as the Court deems just and proper..

Dated: November 21, 2025.

                                               EPGD ATTORNEYS AT LAW P.A.
By:   /s/ Oscar Campos
        Oscar Campos, Esq
        Fl Bar No: 1015251
        777 Southwest 37th Avenue, Suite 510
        Miami, FL 33135
        Phone:  (786) 837-6787
        Email: ocampos@epgdlaw.com
        Attorneys For Defendant Live Stream Technology Services Inc.

        BUCKLEY LAW, P.C.
        Aaron J. Bell, OSB No. 871649
        ajb@buckley-law.com
        Telephone:  (503) 682-8900
        Attorneys for Defendant Live Stream Technology Services Inc.

Page 2 – DEFENDANT'S MOTION FOR EXTENSION OF TIME

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANT'S MOTION FOR EXTENSION OF TIME** on:

| | |
|---|---|
| Andrew Roman Perrong | Anthony Paronich |
| 2657 Mount Carmel Avenue | 350 lincoln st., suite 2400 |
| Glenside, PA 19038 | hingham, MA 02043 |
| a@perronglaw.com | anthony@paronichlaw.com |
| *Attorney for Plaintiff* | *Attorney for Plaintiff* |

☐     by **MAILING** a full, true and correct copy thereof in a sealed, postage-paid envelope, addressed as shown above, and deposited with the U.S. Postal Service at Lake Oswego, Oregon, on the date set forth below;

☒     by sending a full, true and correct copy thereof to the part via **ELECTRONIC MAIL**, to the email address set forth above on the date set forth below.

☒     by electronic mailing through the Oregon Electronic Court Filing System in accordance with UTCR 21.100, on the date set forth below.

DATED this 21st day of November, 2025.

                            EPGD ATTORNEYS AT LAW P.A.

By:     /s/ Oscar Campos
            Oscar Campos, Fl Bar No: 1015251
            *Admitted Pro Hac Vice
            777 Southwest 37th Avenue, Suite 510
            Miami, FL 33135
            Phone: (786) 837-6787
            Email: ocampos@epgdlaw.com
            *Attorneys For Defendant*

**Page 1** – CERTIFICATE OF SERVICE

*EPGD ATTORNEYS AT LAW P.A.*
777 Southwest 37th Avenue, Suite 510, *Miami, FL 33135*
Telephone (786) 837-6787   ~   Facsimile (305) 718-0687