Oscar Campos, Fl Bar No: 1015251
*Admitted Pro Hac Vice*
ocampos@epgdlaw.com
EPGD ATTORNEYS AT LAW P.A.
777 Southwest 37th Avenue, Suite 510
Miami, FL 33135
Phone: (786) 837-6787

Aaron J. Bell, OSB No. 871649
ajb@buckley-law.com
BUCKLEY LAW, P.C.
Phone: (503) 682-8900

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| CHAD BARNES, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LIVE STREAM TECHNOLOGY SERVICES INC.<br><br>    Defendant. | Case No. 6:25-cv-1469<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT** |

THIS MATTER comes before the Court on the Unopposed Motion to Withdraw as Counsel for Defendant filed by Oscar Campos for Defendant Livestream Technology Services, Inc. The Court, having reviewed the Motion, being advised that the parties are in agreement, and being otherwise fully advised of the premises, it is hereby ORDERED that the Motion is GRANTED.

1. Attorney Oscar Campos and EPGD Attorneys at Law are withdrawn as counsel and are relieved of all further responsibilities for Defendant Live Stream Technology Services, Inc.

2. Defendant Live Stream Technology Services shall have 14 days to retain new counsel.

3. That all deadlines in this case be stayed for 14 days.

4. The Clerk of Court shall update the docket to reflect the withdrawal of Oscar Campos as Counsel.

SO ORDERED, this _____ day of _____, 2025.

By:_____

Judge Michael J. McShane
United States District Judge

*EPGD ATTORNEYS AT LAW P.A.*
777 Southwest 37th Avenue, Suite 510, *Miami, FL 33135*
Telephone (786) 837-6787    ~    Facsimile (305) 718-0687