Aaron J. Bell, OSB No. 871649
ajb@buckley-law.com
BUCKLEY LAW, P.C.
5300 Meadows Road, Suite 200
Lake Oswego, OR 97035
Phone: (503) 682-8900

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**EUGENE DIVISION**

| | |
|---|---|
| CHAD BARNES, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LIVE STREAM TECHNOLOGY SERVICES, INC.,<br><br>    Defendant. | Case No. 6:25-cv-1469- MC<br><br>**DEFENDANT'S MOTION FOR EXTENSION OF TIME** |

    COMES NOW, Defendant, LIVE STREAM TECHNOLOGY SERVICES, INC. ("Defendant"), by and through undersigned counsel and respectfully moves this Honorable Court for an extension of time to respond to the Plaintiff's, CHAD BARNES ("Plaintiff") First Set of Discovery requests:

    1.    Plaintiff served his First Set of Discovery requests on October 22, 2025, and responses were due on November 21, 2025.

/////

/////

2.  After the parties met and conferred, Plaintiff agreed to an extension for Defendant to provide its responses to his First Set of Discovery requests until December 11, 2025.

3.  On November 21, 2025, Defendant filed its *Motion for Extension of Time to Respond to Plaintiff's First Set of Discovery*, which this Court granted and entered on November 21, 2025.

4.  Defendant needs additional time to respond to Plaintiff's discovery requests.

5.  Defendant respectfully requests that this Court grant an extension of eight (8) days to respond to Plaintiff's First Set of Discovery requests in order to have the appropriate time to prepare an appropriate response and to produce responsive documents.

6.  The requested extension is not intended to cause undue delay.

7.  Granting this Motion will not prejudice Plaintiff and will Defendant to produce and prepare appropriate responses.

8.  The parties met and conferred, and Plaintiff has agreed to the extension for discovery to be due on or by December 19, 2025.

**WHEREFORE**, Defendant respectfully requests that this Honorable Court grant this Motion and enter an Order extending the deadline for eight (8) days; up to and including December 19, 2025, for Defendant to respond to Plaintiff's First Set of Discovery requests, and for such other and further relief as the Court deems just and proper.

Dated: December 11, 2025.

BUCKLEY LAW, P.C.
By: /s/ Aaron J. Bell
Aaron J. Bell, OSB No. 871649
ajb@buckley-law.com
Phone: (503) 682-8900
*Attorneys for Defendant Live Stream Technology Services, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANT'S MOTION FOR EXTENSION OF TIME** on:

| | |
|---|---|
| Andrew Roman Perrong | Anthony Paronich |
| 2657 Mount Carmel Avenue | 350 lincoln st., suite 2400 |
| Glenside, PA 19038 | hingham, MA 02043 |
| a@perronglaw.com | anthony@paronichlaw.com |
| *Attorney for Plaintiff* | *Attorney for Plaintiff* |

☐ by **MAILING** a full, true and correct copy thereof in a sealed, postage-paid envelope, addressed as shown above, and deposited with the U.S. Postal Service at Lake Oswego, Oregon, on the date set forth below;

☒ by sending a full, true and correct copy thereof to the part via **ELECTRONIC MAIL**, to the email address set forth above on the date set forth below.

☒ by **ELECTRONIC MAILING** through the court filing system on the date set forth below.

DATED this 11th day of December, 2025.

BUCKLEY LAW, P.C.

By: /s/ Aaron J. Bell
Aaron J. Bell, OSB No. 871649
ajb@buckley-law.com
Phone: (503) 682-8900
*Attorneys for Defendant Live Stream Technology Services, Inc.*