Aaron J. Bell, OSB No. 871649
ajb@buckley-law.com
BUCKLEY LAW, P.C.
5300 Meadows Road, Suite 200
Lake Oswego, OR 97035
Phone: (503) 682-8900

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**EUGENE DIVISION**

| | |
|---|---|
| CHAD BARNES, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>LIVE STREAM TECHNOLOGY SERVICES, INC.,<br><br>　　Defendant. | Case No. 6:25-cv-1469-MC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME** |

　　THIS MATTER comes before the Court on Defendant's Motion for Extension of Time served on October 22, 2025 and having reviewed the Motion, being advised that the parties are in agreement, and being otherwise fully advised of the premises, it is hereby ORDERED that the Motion is GRANTED. Live Stream Technology Services, Inc. shall respond to Plaintiff's Initial Discovery Requests, on or before December 19, 2025.

SO ORDERED, this _____ day of _____, 2025.

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　Judge Michael J. McShane
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Page 1 – ORDER GRANTING DEFENDANT'S
MOTION FOR EXTENSION OF TIME

Buckley Law P.C.
5300 Meadows Road, Suite 200
Lake Oswego, Oregon 97035
Tele (503) 620-8900　~　Faz (503) 620-4878

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANT'S MOTION FOR EXTENSION OF TIME** on:

| | |
|---|---|
| Andrew Roman Perrong | Anthony Paronich |
| 2657 Mount Carmel Avenue | 350 lincoln st., suite 2400 |
| Glenside, PA 19038 | hingham, MA 02043 |
| a@perronglaw.com | anthony@paronichlaw.com |
| *Attorney for Plaintiff* | *Attorney for Plaintiff* |

☐     by **MAILING** a full, true and correct copy thereof in a sealed, postage-paid envelope, addressed as shown above, and deposited with the U.S. Postal Service at Lake Oswego, Oregon, on the date set forth below;

☒     by sending a full, true and correct copy thereof to the part via **ELECTRONIC MAIL**, to the email address set forth above on the date set forth below.

☒     by **ELECTRONIC MAILING** through the court filing system on the date set forth below.

DATED this 11th day of December, 2025.

BUCKLEY LAW, P.C.

By: /s/ Aaron J. Bell

Aaron J. Bell, OSB No. 871649
ajb@buckley-law.com
Phone: (503) 682-8900
*Attorneys for Defendant Live Stream Technology Services, Inc.*