Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiff,*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHAD BARNES, individually and on behalf of all others similarly situated, | CIVIL ACTION FILE NO. 6:25-cv-1469-MC |
| Plaintiff, | |
| v. | |
| LIVE STREAM TECHNOLOGY SERVICES INC. | |
| Defendant. | |

## PLAINTIFF'S STATUS REPORT

Plaintiff submits this status report pursuant to the Court's March 9, 2026 Scheduling Order. Defendant's dispositive motion deadline passed on February 23, 2026. No dispositive motions were filed.

The Court previously granted Defendant's counsel leave to withdraw on December 3, 2025 and directed Defendant to retain new counsel within fourteen days. To date, no new counsel has appeared for Defendant.

Plaintiff believes the case is not yet ready for trial. Instead, Plaintiff respectfully requests that the Court enter a schedule governing class discovery and class certification proceedings. Plaintiff anticipates that approximately five months will be required to complete class discovery

1 - JOINT DISCOVERY PLAN

prior to the filing of a motion for class certification.

Accordingly, Plaintiff respectfully requests that the Court set a schedule allowing for approximately five months of class discovery, followed by a deadline for Plaintiff to file a motion for class certification.

                                        Respectfully submitted

Dated: March 10, 2026          */s/ Anthony Paronich*
                                        Anthony Paronich
                                        Email: anthony@paronichlaw.com
                                        PARONICH LAW, P.C.
                                        350 Lincoln Street, Suite 2400
                                        Hingham, MA 02043
                                        Telephone: (617) 485-0018
                                        Facsimile: (508) 318-8100

                                        *Attorneys for Plaintiff and the Proposed Class*