Aaron J. Bell, OSB No. 871649
ajb@buckley-law.com
BUCKLEY LAW, P.C.
5300 Meadows Road, Suite 200
Lake Oswego, OR 97035
Phone: (503) 682-8900
*Attorney For Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**EUGENE DIVISION**

| | |
|---|---|
| CHAD BARNES, individually and on behalf of all others similarly situated, | Case No. 6:25-cv-1469-MC |
| Plaintiff, | **NOTICE OF APPEARANCE FOR DEFENDANT LIVE STREAM TECHNOLOGY SERVICES, INC.** |
| v. | |
| LIVE STREAM TECHNOLOGY SERVICES, INC., | |
| Defendant. | |

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Live Stream Technology Services, Inc.

Dated this 1st day of April, 2026.

BUCKLEY LAW, P.C.

By:    /s/ Aaron J. Bell
Aaron J. Bell, OSB No. 871649
5300 Meadows Road, Suite 200
Lake Oswego, Oregon 97035
Phone:  503-620-8900
Email: ajb@buckley-law.com
*Attorney For Defendant*

**1 – NOTICE OF APPEARANCE FOR DEFENDANT LIVE STREAM TECHNOLOGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE OF APPEARANCE FOR DEFENDANT LIVE STREAM TECHNOLOGY SERVICES, INC.** on:

| Andrew Roman Perrong | Anthony Paronich |
|---|---|
| 2657 Mount Carmel Avenue | 350 Lincoln St., Suite 2400 |
| Glenside, PA 19038 | Hingham, MA 02043 |
| a@perronglaw.com | anthony@paronichlaw.com |
| *Attorney for Plaintiff* | *Attorney for Plaintiff* |

☐    by **MAILING** a full, true and correct copy thereof in a sealed, postage-paid envelope, addressed as shown above, and deposited with the U.S. Postal Service at Lake Oswego, Oregon, on the date set forth below;

☒    by sending a full, true and correct copy thereof to the part via **ELECTRONIC MAIL**, to the email address set forth above on the date set forth below.

☒    by electronic mailing through the Court Filing System, on the date set forth below.

☐    by faxing a full, true and correct copy thereof to the attorney at the fax number set forth above on the date set forth below.

DATED this 1st day of April, 2026.

BUCKLEY LAW P.C.

By: /s/Aaron J. Bell
Aaron J. Bell, OSB No. 871649
ajb@buckley-law.com
*Attorney For Defendant*

**1 – CERTIFICATE OF SERVICE**