UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

CHAD BARNES

Plaintiff(s),

v.

LIVE STREAM TECHNOLOGY SERVICES INC.

Defendant(s).

Case No.: 6:25-cv-1469

MOTION FOR LEAVE TO APPEAR
*PRO HAC VICE*

Attorney Oscar A. Campos requests special admission *pro hac vice* to the Bar of the United States District Court for the District of Oregon in the above-captioned case for the purposes of representing Live Stream Technology Services Inc.

In support of this application, I certify that: 1) I am an active member in good standing with the Florida State Bar; and 2) that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and this Court's Statement of Professionalism.

I understand that my admission to the Bar of the United States District Court for the District of Oregon is solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of the matter.

(1)    **PERSONAL DATA:**

Name: Campos                Oscar                    A.
          *(Last Name)*          *(First Name)*          *(MI)*          *(Suffix)*

Agency/firm affiliation: EPGD Business Law

Mailing address: 777 SW 37th Ave Ste 510

City: Miami                                State: FL            Zip: 33135

Phone number: (786) 837-6787                Fax number: (305) 239-3640

Business e-mail address: ocampos@epgdlaw.com

**(2)   BAR ADMISSION INFORMATION:**

    **(a)**   State bar admission(s), date(s) of admission, and bar number(s):
Florida State Bar, April 19, 2019, Bar Number 1015251

    **(b)**   Other federal court admission(s) and date(s) of admission:
Florida Southern District Court Florida, July 30, 2025, and Pro Hac Vice in
California Eastern District Court, September 22,2025

**(3)   CERTIFICATION OF DISCIPLINARY ACTIONS:**

    ☑ I am not now, nor have I ever been, subject to any disciplinary action by any
state or federal bar association or subject to judicial sanctions.

    ☐ I am now or have been subject to disciplinary action by a state or federal bar
association or subject to judicial sanctions.  (Attach letter of explanation.)

**(4)   CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**
Pursuant to LR 83-3, I have professional liability insurance, or financial
responsibility equivalent to liability insurance, that meets the insurance
requirements of the Oregon State Bar for attorneys practicing in this District,
and that will apply and remain in force for the duration of the case, including
any appeal proceedings.

**(5)   CM/ECF REGISTRATION:**
I acknowledge that I will become a registered user of the Court's case
management and electronic case filing system (CM/ECF) upon approval of this
application, and I consent to electronic service pursuant to Fed. R. Civ. P.
5(b)(2)(E) and the Local Rules of the District of Oregon.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**  I have read and understand the
requirements of LR 83-3, and I certify that the above information is true and correct.

DATED:_____4/2/26_____

_____
(Signature)

---

U.S. District Court – Oregon                Motion for Leave to Appear *Pro Hac Vice*

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, provide the following information about local counsel, and obtain the signature of local counsel.

Name: _____ Bell _____ Aaron _____ J. _____
          *(Last Name)*        *(First Name)*        *(MI)*        *(Suffix)*

OSB number: 871649 _____

Agency/firm affiliation: Buckley Law, P.C. _____

Mailing address: 5300 Meadows Road, Suite 200 _____

City: Lake Oswego _____ State: OR _____ Zip: 97035 _____

Phone number: (503) 620-8900 _____ Fax number: (971) 441-6060 _____

Business e-mail address: ajb@buckley-law.com _____

**CERTIFICATION OF ASSOCIATE LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number _____ 6:25-cv-1469 _____.

DATED: April 2, 2026 _____

_____
*(Signature of Local Counsel)*

---