Oscar Campos, Fl Bar No: 1015251
*Admitted Pro Hac Vice*
ocampos@epgdlaw.com
EPGD ATTORNEYS AT LAW P.A.
777 Southwest 37th Avenue, Suite 510
Miami, FL 33135
Phone: (786) 837-6787

Aaron J. Bell, OSB No. 871649
ajb@buckley-law.com
BUCKLEY LAW, P.C.
Phone: (503) 682-8900

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHAD BARNES, individually and on behalf of all others similarly situated, <br><br>     Plaintiff, <br><br> v. <br><br> LIVE STREAM TECHNOLOGY SERVICES INC. <br><br>     Defendant. | Case No. 6:25-cv-1469 <br><br> **JOINT NOTICE OF SETTLEMENT AND REQUEST FOR 60-DAY RETENTION OF JURISDICTION** |

    Plaintiff, CHAD BARNES, and Defendant LIVE STREAM TECHNOLOGY SERVICES INC (collectively, the "Parties"), by and through their undersigned counsel, hereby notify the Court that they have reached a settlement in principle resolving all claims in this

**Page 1 – JOINT NOTICE OF 60 DAY SETTLEMENT**

action. The Parties are in the process of finalizing the written settlement agreement and completing the conditions necessary to effectuate the settlement.

The Parties respectfully request that the Court retain jurisdiction over this matter for sixty (60) days from the date of this Notice to enforce the terms of the settlement if necessary, and that all pending deadlines be stayed during this period. The Parties further anticipate filing dismissal papers within sixty (60) days or, if additional time is required, will submit a status report or appropriate request before the expiration of that period.

By:    */s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

EPGD ATTORNEYS AT LAW P.A.

*/s/ Oscar Campos*
Oscar Campos, Esq
Fl Bar No: 1015251
777 Southwest 37th Avenue, Suite 510
Miami, FL 33135
Phone:  (786) 837-6787
Email:  ocampos@epgdlaw.com
Attorneys For Defendant Live Stream Technology Services Inc.

BUCKLEY LAW, P.C.
Aaron J. Bell, OSB No. 871649
ajb@buckley-law.com
Telephone:  (503) 682-8900
Attorneys for Defendant Live Stream Technology Services Inc

**Page 2 – JOINT NOTICE OF 60 DAY SETTLEMENT**

*EPGD ATTORNEYS AT LAW P.A.*
777 Southwest 37th Avenue, Suite 510, *Miami, FL 33135*
Telephone (786) 837-6787    ~    Facsimile (305) 718-0687

**Page 3 – JOINT NOTICE OF 60 DAY SETTLEMENT**